FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:17-cr-238-Orl-37DCI
                                                21 U.S.C. § 846
NELSON PABLO YESTER-GARRIDO                     18 U.S.C. § 924(c)
  a/k/a Oscar Igacio Martinez
  a/k/a Oscar Martinez
  a/k/a Nelson Pablo Yester
  a/k/a Pablo Nelson Yester
  a/k/a Jose Igacio Martinez

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than in or about February 2012, and continuing through on or about February 25, 2015, in the Middle District of Florida, and elsewhere, the defendant,

NELSON PABLO YESTER-GARRIDO
a/k/a Oscar Igacio Martinez
a/k/a Oscar Martinez
a/k/a Nelson Pablo Yester
a/k/a Pablo Nelson Yester
a/k/a Jose Igacio Martinez

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved 1000 kilograms or more of a

mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

All in violation of 21 U.S.C. § 846.

### COUNT TWO

On or about February 2, 2015, in the Middle District of Florida, the defendant,

NELSON PABLO YESTER-GARRIDO
a/k/a Oscar Igacio Martinez
a/k/a Oscar Martinez
a/k/a Nelson Pablo Yester
a/k/a Pablo Nelson Yester
a/k/a Jose Igacio Martinez

did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, conspiracy to possess with intent to distribute a controlled substance, as alleged in Count One above; Count One being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.  Upon conviction of the violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used and intended to be used in any manner or part to commit and to facilitate the commission of such violation.

3.  Upon conviction of the violation of 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms or ammunition involved in or used in the violation.

4.  The property to be forfeited includes, but is not limited to, a Glock Model 30 pistol.

5.  If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Sean P. Shecter
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

NELSON PABLO YESTER-GARRIDO
a/k/a Oscar Igacio Martinez
a/k/a Oscar Martinez
a/k/a Nelson Pablo Yester
a/k/a Pablo Nelson Yester
a/k/a Jose Igacio Martinez

## INDICTMENT

Violation:

21 U.S.C. § 846
18 U.S.C. § 924(c)

A true bill,

_____
Foreperson

Filed in open court this 11th day

of October, 20176.

_____
Clerk

Bail   $_____

GPO 863 525