UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



UNITED STATES OF AMERICA

v.                                    CASE NO. 6:17-cr-238-Orl-41EJK

NELSON PABLO YESTER-GARRIDO      21 U.S.C. § 846
  a/k/a Oscar Igacio Martinez
  a/k/a Oscar Martinez
  a/k/a Nelson Pablo Yester
  a/k/a Pablo Nelson Yester
  a/k/a Jose Igacio Martinez

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

At all times material to this Information:

Beginning on an unknown date, but not later than in or about December 2014, and continuing through on or about February 25, 2015, in the Middle District of Florida, and elsewhere, the defendant,

    NELSON PABLO YESTER-GARRIDO
      a/k/a Oscar Igacio Martinez
      a/k/a Oscar Martinez
      a/k/a Nelson Pablo Yester
      a/k/a Pablo Nelson Yester
      a/k/a Jose Igacio Martinez

did knowingly, willfully, and intentionally conspire with Juan Almeida, Andrew Cassara, and other persons, both known and unknown, to possess

with intent to distribute a controlled substance. The violation involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

MARIA CHAPA LOPEZ
United States Attorney

By: *(signature)*
Sean P. Shecter
Assistant United States Attorney

By: *(signature)*
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

3